UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| TRIDENT MANAGEMENT OF SHREVEPORT-BOSSIER, LLC | CIVIL ACTION NO. 24-cv-300 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| SCOTTSDALE INSURANCE CO | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

Plaintiff Trident Management of Shreveport-Bossier, LLC filed this civil action in state court. Defendant Scottsdale Insurance Co. removed the case based on an assertion of diversity jurisdiction. Trident filed its Diversity Jurisdiction Disclosure Statement (Doc. 8) and alleged that it is "incorporated under the laws of Louisiana with its principal place of business in Louisiana." The LLC in Trident's name suggests that it is a limited liability company. The citizenship of an LLC is determined by the citizenship of all of its members, with its state of organization or principal place of business being irrelevant. Harvey v. Grey Wolf Drilling Co., 542 F.3d 1077 (5th Cir. 2008).

Trident must file, no later than **March 15, 2024**, an amended Diversity Jurisdiction Disclosure Statement that specifically identifies the members of Trident and their citizenship. Additional instructions can be found in the notice at Doc. 3.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 7th day of March, 2024.

Mark L. Hornsby
U.S. Magistrate Judge